# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-09369          **DIVISION: J**          SECTION: 15

## STRATEGIC VALUE GROUP, LLC

### Versus

## UTC LABORATORIES, LLC, ET AL

## CITATION

TO:          UTC LABORATORIES LLC

THROUGH:     ITS DESIGNATED AGENT FOR SERVICE OF PROCESS WITHIN LOUISIANA: MR. CLAYTON WHITE, ESQUIRE

935 GRAVIER STREET, SUITE 2020, NEW ORLEANS , LA 70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION ON OPEN ACCOUNT

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 16, 2020**

| | |
|---|---|
| **Clerk's Office, Room 402, Civil Courts**<br>**421 Loyola Avenue**<br>**New Orleans, LA** | **CHELSEY RICHARD NAPOLEON, Clerk of**<br>**The Civil District Court**<br>**for the Parish of Orleans**<br>**State of LA**<br>**by**<br>**Paige Jefferson, Deputy Clerk** |

---

## SHERIFF'S RETURN
### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION ON OPEN ACCOUNT** | **PETITION ON OPEN ACCOUNT** |
| ON **UTC LABORATORIES LLC** | ON **UTC LABORATORIES LLC** |
| THROUGH: **ITS DESIGNATED AGENT FOR SERVICE OF PROCESS WITHIN LOUISIANA: MR. CLAYTON WHITE, ESQUIRE** | THROUGH: **ITS DESIGNATED AGENT FOR SERVICE OF PROCESS WITHIN LOUISIANA: MR. CLAYTON WHITE, ESQUIRE** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **UTC LABORATORIES LLC** being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

**Exhibit A to Notice of Removal**

2020-09369

# J

## Section 15

| | |
|---|---|
| STRATEGIC VALUE GROUP, LLC | SUIT NO.:  DIV: |
| | CIVIL DISTRICT COURT |
| VERSUS | PARISH OF ORLEANS, 41st JDC |
| UTC LABORATORIES, LLC and PRIMA HEALTH, LLC | STATE OF LOUISIANA |

### PETITION ON OPEN ACCOUNT

NOW INTO COURT, through undersigned counsel, comes STRATEGIC VALUE GROUP, LLC (hereinafter "Strategic Value Group" or "SVG"), who avers as follows:

1.

Made defendants herein are:

a)      UTC LABORATORIES, LLC (hereinafter "UTC"), a limited liability company organized under the laws of Delaware and registered to do business in the State of Louisiana.

b)      PRIMA HEALTH, LLC (hereinafter "Prima Health" or "PRIMA"), a limited liability company organized under the laws of Delaware who was doing business in the State of Louisiana at the time that the actions and inactions giving rise to the lawsuit herein were conducted.

2.

Defendants are indebted individually, jointly, and *in solido* to Petitioner in the amount of FORTY-FOUR THOUSAND FIFTY-SIX AND 14/100 ($44,056.14) DOLLARS, plus judicial interest from the date of judicial demand, until paid, and all costs of the suit.[1]

3.

Prima Health, LLC is or was the parent company for UTC Laboratories, LLC at the time that UTC engaged the services of SVG and is liable for the obligations which were incurred in connection with the account in this matter.

---

[1] As evidenced by the itemized invoices attached hereto as Exhibit "A" (*in globo*).

VERIFIED

Kim Allen

2020 NOV 08  P 06:11

1

**FILED**

2020 NOV 04  P 08:15

CIVIL

DISTRICT COURT

4.

On April 18, 2018, Prima Health acknowledged its responsibility for the obligation owed to Plaintiff and promised to pay the obligation once funds were available. This was reiterated by Prima Health in an email of October 11, 2018.[2]

5.

In May of 2017, Strategic Value Group, LLC was retained as an expert witness by UTC Laboratories, LLC's legal counsel, Erin E. Pelleteri, Shareholder, Baker, Donelson, Bearman, Caldwell, and Berkowitz, PC, 201 St. Charles Avenue, Suite 3600, New Orleans, Louisiana 70170, for an arbitration matter in which UTC was involved.

6.

The terms of the agreement were set forth in an engagement letter from Ms. Pelleteri dated May 22, 2017, along with an addendum via email which was dated June 28, 2017. The terms of engagement were approved by Brandy Sheely (bsheely@primahealth.io), Prima Health's general counsel and chief compliance officer, and provided that UTC was responsible for the payment of all fees to SVG (as opposed to Baker Donelson).[3]

7.

As of December 10, 2017, Strategic Value Group, LLC had performed significant services for UTC and had invoiced UTC for a cumulative total of $50,420.04 for professional services and costs incurred.[4]

8.

As of December 21, 2017, none of the invoiced amounts had been paid by UTC or Prima Health. Accordingly, on that date, SVG's managing director, Greg Endicott, broached the subject of the outstanding invoices to Ms. Pelleteri and Ms. Sheely and impressed upon them that the invoices needed to be paid as soon as possible.

---

[2] See copies of all written communications between the parties regarding this open account attached to the Petition as Exhibit "B" (*in globo*).

[3] Copies of the engagement letter and the addendum are attached to the Petition as Exhibit "C" (*in globo*).

[4] See Exhibit "A".

2

FILED
2020 NOV 04  P 08:15
CIVIL
DISTRICT COURT

9.

On February 27, 2018, SVG raised the issue of the outstanding balances again, indicating that no payments had been forthcoming despite numerous requests, nor had any responses been received regarding these inquiries and demands for payment.[5]

10.

On March 9, 2018, Ms. Sheely responded to the February 27, 2017 communication from SVG, indicating that they had experienced some cash flow problems, but that a payment in the amount of $6,345.90 had been scheduled to be sent the following Monday. Additionally, future payments on the outstanding balance were promised as soon as their cash flow improved.[6]

11.

On March 27, 2018, Rush Agent, Prima's corporate controller contacted SVG via email communication to Greg Endicott, SVG's managing director and again acknowledged the outstanding debt and promised to pay SVG as soon as funds were available.[7]

12.

On April 5, 2018, SVG's legal counsel in California acknowledged the receipt of a small payment and made a demand to Ms. Sheely the immediate payment of the remaining outstanding invoices. Ms. Sheely was advised that no further work would be performed by SVG for UTC until said invoices had been satisfied.[8]

13.

Ms. Sheely responded to the April 5, 2018 demand on April 9, 2018, indicating that Prima continued to have cash flow problems.[9]

---

[5] See Exhibit "B".

[6] See Exhibit "B".

[7] See Exhibit "B".

[8] See Exhibit "B".

[9] See Exhibit "B".

3

14.

On October 10, 2018, Mike Weinstein, SVG's new operations manager reached out to Mr. Rush as to the long overdue payments. On October 11, 2018, Prima's purported representative (of unknown capacity within the business), Mike Jolly mjolly@primahealth.io), responded that Prima had suspended all lab operations, but that they were expecting some settlement payments and would not be able to pay any of the invoices until after these funds came in.[10]

15.

As of the date of filing of this petition, only $6,354.00 of the invoiced amount has been paid, leaving an outstanding balance of $44,065.14.[11]

16.

A demand letter sent via certified mail to UTC's manager, Mr. Clayton White, on July 31, 2020 was confirmed as delivered to his address set forth in the records of the Louisiana Secretary of State. However, no response was forthcoming. As a second attempt and a professional courtesy, a follow-up email was sent to Mr. White on September 23, 2020 at the email address listed on his law firm's website, but no response was received to this communication either.[12]

17.

Pursuant to the provisions of La. R.S. 9:2781, SVG is entitled to an award of attorneys' fees for the efforts expended in prosecution and collection of this debt, as the provisions of the statute have been complied with. Written demand for payment was made thirty days prior to the filing of this lawsuit correctly setting forth the amount that was owed.

WHEREFORE petitioner, STRATEGIC VALUE GROUP, LLC prays that defendants be served with this Petition, cited to appear and answer same, and after the lapse of all legal delays and after due proceedings are had, that there be a judgment in favor of petitioner:

---

[10] See Exhibit "B".

[11] See Exhibit "A".

[12] Copies of the certified letter, the return receipt, and the follow-up email are attached to the Petition as Exhibit "D".

4

FILED

2020 NOV 04   P 08:15
CIVIL
DISTRICT COURT

a.  Finding Defendants liable, individually, jointly, and in solido, in the amount of $44,065.14;

b.  Finding Defendants liable for judicial interest from date of demand, all costs and expenses;

c.  Finding Defendants liable for attorneys' fees pursuant to La. R.S. 9:2781; and

d.  For all further general and equitable relief.

RESPECTFULLY SUBMITTED,

*Mary E. Roper*

Mary E. Roper (LSBA #22146)
Randy B. Ligh (LSBA #22485)
**ROPER LIGH, LLC**
Attorneys and Counselors at Law
10839 Perkins Road
Baton Rouge, LA 70810
Tel (225) 338-9238
Emil: mary@roperligh.com
Email: randy@roperligh.com

*Attorneys for Petitioner,*
*Strategic Value Group, LLC*

**PLEASE SERVE:**

**UTC Laboratories, LLC**
*Through its designated Agent for Service of Process within Louisiana:*

Mr. Clayton White, Esquire
935 Gravier Street, Suite 2020
New Orleans, Louisiana 70112

**Prima Health, LLC**
*Will be served through R.S. 13:3201,*
*Louisiana's Long Arm statute.*

(please provide certified copy of Petition and Citation)

**A TRUE COPY**

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

5

E-Filed

2020-09369

## SVG
## STRATEGIC VALUE GROUP, LLC
Section 15

FILED

2020 NOV 04  P 08:15

INVOICE
CIVIL
DISTRICT COURT

33530 1st Way S, Suite 102
Federal Way, WA 98003
310-556-8888
admin@strategicvaluegroup.com

| | |
|---|---|
| INVOICE NO. | 3186 |
| DATE | August 8, 2017 |
| PROJECT NUMBER | 30166.01 |
| EL DATE | May 22, 2017 |

TO    Brandy Sheely
      UTC Laboratories
      bsheely@primahealth.io

| PROJECT NAME | PAYMENT TERMS | DUE DATE |
|---|---|---|
| Highline Health, LLC v. UTC Laboratories, LLC (American Arbitration Association, No.: 01-16-003-3824) | Net 10 | 8/18/17 |

| DESCRIPTION | QUANTITY | RATE | | LINE TOTAL |
|---|---|---|---|---|
| **BILLABLE FEES**    5/1 - 6/30/2017 | | | | |
| Devon Brown | 9.60 | 250.00 | $ | 2,400.00 |
| Donnessa L. Vessakosol | 0.80 | 325.00 | $ | 260.00 |
| J. Greg Endicott | 6.80 | 500.00 | $ | 3,400.00 |
| Stella Lee | 0.80 | 100.00 | $ | 80.00 |
| | BILLABLE FEE SUBTOTAL | | $ | 6,140.00 |
| | BILLABLE FEE TOTAL | | $ | 6,140.00 |
| **OTHER FEES AND EXPENSES** | | | | |
| Resource Fee | | 3.5% | $ | 214.90 |
| | OTHER FEES AND EXPENSES TOTAL | | $ | 214.90 |

NOTES:

| | | |
|---|---|---|
| INVOICE SUBTOTAL | $ | 6,354.90 |
| INVOICE TOTAL | $ | 6,354.90 |

MAKE ALL CHECKS PAYABLE TO STRATEGIC VALUE GROUP, LLC
MAIL CHECKS TO: 33530 1ST WAY S #102, FEDERAL WAY, WA 98003
**THANK YOU FOR YOUR BUSINESS!**

Exhibit "A"000001

E-Filed

# SVG
## STRATEGIC VALUE GROUP, LLC
Section 15

FILED

2020 NOV 04 P 08:15

INVOICE
CIVIL
DISTRICT COURT

33530 1st Way S, Suite 102
Federal Way, WA 98003
310-556-8888
admin@strategicvaluegroup.com

INVOICE NO.  3217
DATE  August 22, 2017
PROJECT NUMBER  30166.01
EL DATE  May 22, 2017

TO  Brandy Sheely
UTC Laboratories
bsheely@primahealth.io
-
-

| PROJECT NAME | PAYMENT TERMS | DUE DATE |
|---|---|---|
| Highline Health, LLC v. UTC Laboratories, LLC (American Arbitration Association, No,: 01-16-003-3824) | Net 10 | 9/1/17 |

| DESCRIPTION | QUANTITY | RATE | | LINE TOTAL |
|---|---|---|---|---|
| **BILLABLE FEES**  7/1 - 7/31/2017 | | | | |
| Alex W. Nebesar | 3.00 | 300.00 | $ | 900.00 |
| Devon Brown | 67.00 | 250.00 | $ | 16,750.00 |
| Donnessa L. Vessakosol | 4.00 | 325.00 | $ | 1,300.00 |
| J. Greg Endicott | 29.90 | 500.00 | $ | 14,950.00 |
| Jeff Suchocki | 3.20 | 275.00 | $ | 880.00 |
| Stella Lee | 2.80 | 100.00 | $ | 280.00 |
| | | BILLABLE FEE SUBTOTAL | $ | 35,060.00 |
| | | BILLABLE FEE TOTAL | $ | 35,060.00 |
| **OTHER FEES AND EXPENSES** | | | | |
| Resource Fee | | 3.5% | $ | 1,227.10 |
| | OTHER FEES AND EXPENSES TOTAL | | $ | 1,227.10 |

NOTES:

INVOICE SUBTOTAL  $  36,287.10
INVOICE TOTAL  $  **36,287.10**

MAKE ALL CHECKS PAYABLE TO STRATEGIC VALUE GROUP, LLC
MAIL CHECKS TO: 33530 1ST WAY S #102, FEDERAL WAY, WA 98003
**THANK YOU FOR YOUR BUSINESS!**

Exhibit "A"000002

E-Filed



**SVG**

Section 15 STRATEGIC VALUE GROUP, LLC

FILED

2020 NOV 04  P 08:15

INVOICE
CIVIL
DISTRICT COURT

33530 1st Way S, Suite 102
Federal Way, WA 98003
310-556-8888
admin@strategicvaluegroup.com

| | |
|---|---|
| INVOICE NO. | 3261 |
| DATE | September 20, 2017 |
| PROJECT NUMBER | 30166.01 |
| EL DATE | May 22, 2017 |

TO    Brandy Sheely
UTC Laboratories
bsheely@primahealth.io
-
-

| PROJECT NAME | PAYMENT TERMS | DUE DATE |
|---|---|---|
| Highline Health, LLC v. UTC Laboratories, LLC (American Arbitration Association, No,: 01-16-003-3824) • | Net 10 | 9/30/17 |

| DESCRIPTION | QUANTITY | RATE | LINE TOTAL |
|---|---|---|---|
| **BILLABLE FEES**  8/1 - 8/31/2017 | | | |
| Devon Brown | 1.50 | 250.00 | $ 375.00 |
| J. Greg Endicott | 2.40 | 500.00 | $ 1,200.00 |
| | BILLABLE FEE SUBTOTAL | | $ 1,575.00 |
| | BILLABLE FEE TOTAL | | $ 1,575.00 |
| **OTHER FEES AND EXPENSES** | | | |
| Resource Fee | | 3.5% | $ 55.13 |
| | OTHER FEES AND EXPENSES TOTAL | | $ 55.13 |

NOTES:

| | | |
|---|---|---|
| INVOICE SUBTOTAL | $ | 1,630.13 |
| **INVOICE TOTAL** | **$** | **1,630.13** |

MAKE ALL CHECKS PAYABLE TO STRATEGIC VALUE GROUP, LLC
MAIL CHECKS TO: 33530 1ST WAY S #102, FEDERAL WAY, WA 98003
**THANK YOU FOR YOUR BUSINESS!**

Exhibit "A"000003

E-Filed

2020-09369



**SVG**
**STRATEGIC VALUE GROUP, LLC**

Section 15

33530 1st Way S, Suite 102
Federal Way, WA 98003
310-556-8888
admin@strategicvaluegroup.com

| | |
|---|---|
| INVOICE NO. | 3292 |
| DATE | November 10, 2017 |
| PROJECT NUMBER | 30166.01 |
| EL DATE | May 22, 2017 |

TO     Brandy Sheely
        UTC Laboratories
        bsheely@primahealth.io

| PROJECT NAME | PAYMENT TERMS | DUE DATE |
|---|---|---|
| Highline Health, LLC v. UTC Laboratories, LLC (American Arbitration Association, No,: 01-16-003-3824) | Net 10 | 11/20/17 |

| DESCRIPTION | QUANTITY | RATE | | LINE TOTAL |
|---|---|---|---|---|
| **BILLABLE FEES**    9/1 - 9/30/2017 | | | | |
| Devon Brown | 3.20 | 250.00 | $ | 800.00 |
| Donnessa L. Vessakosol | 0.20 | 325.00 | $ | 65.00 |
| J. Greg Endicott | 2.70 | 500.00 | $ | 1,350.00 |
| | BILLABLE FEE SUBTOTAL | | $ | 2,215.00 |
| | BILLABLE FEE TOTAL | | $ | 2,215.00 |
| **OTHER FEES AND EXPENSES** | | | | |
| Resource Fee | | 3.5% | $ | 77.53 |
| | OTHER FEES AND EXPENSES TOTAL | | $ | 77.53 |

NOTES:

| | | | |
|---|---|---|---|
| INVOICE SUBTOTAL | | $ | 2,292.53 |
| INVOICE TOTAL | | $ | 2,292.53 |

MAKE ALL CHECKS PAYABLE TO STRATEGIC VALUE GROUP, LLC
MAIL CHECKS TO: 33530 1ST WAY S #102, FEDERAL WAY, WA 98003
**THANK YOU FOR YOUR BUSINESS!**

Exhibit "A"000004

E-Filed

2020-09369

# SVG
## STRATEGIC VALUE GROUP, LLC

33530 1st Way S, Suite 102
Federal Way, WA 98003
310-556-8888
admin@strategicvaluegroup.com

| | |
|---|---|
| INVOICE NO. | 3341 |
| DATE | November 30, 2017 |
| PROJECT NUMBER | 30166.01 |
| EL DATE | May 22, 2017 |

TO     Brandy Sheely
UTC Laboratories
bsheely@primahealth.io
-
-

| PROJECT NAME | PAYMENT TERMS | DUE DATE |
|---|---|---|
| Highline Health, LLC v. UTC Laboratories, LLC (American Arbitration Association, No,: 01-16-003-3824) | Net 10 | 12/10/17 |

| DESCRIPTION | QUANTITY | RATE | LINE TOTAL |
|---|---|---|---|
| **BILLABLE FEES**   10/1 - 10/31/2017 | | | |
| Devon Brown | 5.50 | 250.00 $ | 1,375.00 |
| J. Greg Endicott | 4.70 | 500.00 $ | 2,350.00 |
| | BILLABLE FEE SUBTOTAL | $ | 3,725.00 |
| | BILLABLE FEE TOTAL | $ | 3,725.00 |
| **OTHER FEES AND EXPENSES** | | | |
| Resource Fee | | 3.5% $ | 130.38 |
| | OTHER FEES AND EXPENSES TOTAL | $ | 130.38 |

NOTES:

| | | |
|---|---|---|
| INVOICE SUBTOTAL | $ | 3,855.38 |
| INVOICE TOTAL | $ | 3,855.38 |

MAKE ALL CHECKS PAYABLE TO STRATEGIC VALUE GROUP, LLC
MAIL CHECKS TO: 33530 1ST WAY S #102, FEDERAL WAY, WA 98003
**THANK YOU FOR YOUR BUSINESS!**

Exhibit "A"000005

E-Filed

2020-09369


Section 15

**STRATEGIC VALUE GROUP, LLC**

33530 1st Way S, Suite 102
Federal Way, WA 98003
(310)556-8888
SVGAdmin@StrategicValueGroup.com
http://www.strategicvaluegroup.com

**FILED**

2020 NOV 04  P 08:15
CIVIL
DISTRICT COURT

## Statement

**TO**

Brandy Sheely
30166.01 Baker Donelson
- UTC Laboratories, LLC
201 St. Charles Avenue,
Suite 3600
New Orleans, LA 70170

**STATEMENT NO.** 1450
**DATE** 03/20/2018

| DATE | ACTIVITY | AMOUNT | RECEIVED |
|---|---|---|---|
| 08/08/2017 | Invoice #3186 | 6,354.90 | 6,354.90 |
| 08/22/2017 | Invoice #3217 | 36,287.10 | 0.00 |
| 09/21/2017 | Invoice #3261 | 1,630.13 | 0.00 |
| 11/10/2017 | Invoice #3292 | 2,292.53 | 0.00 |
| 11/30/2017 | Invoice #3341 | 3,855.38 | 0.00 |

|  | TOTAL AMOUNT | TOTAL RECEIVED |
|---|---|---|
|  | $50,420.04 | $6,354.90 |

Exhibit "A"000006

E-Filed    We appreciate your Business. Please contact us at svgadmin@strategicvaluegroup.com with questions.



Section 15

**STRATEGIC VALUE GROUP, LLC**
33530 1st Way S, Suite 102
Federal Way, WA 98003
(310)556-8888
SVGAdmin@StrategicValueGroup.com
http://www.strategicvaluegroup.com

**FILED**
2020 NOV 04  P 08:15
CIVIL
DISTRICT COURT

## Statement

**TO**
Brandy Sheely
30166.01 Baker Donelson
- UTC Laboratories, LLC
201 St. Charles Avenue,
Suite 3600
New Orleans, LA 70170

**STATEMENT NO.** 1579
**DATE** 10/09/2018
**TOTAL DUE** $44,065.14
**ENCLOSED**

| DATE | ACTIVITY | AMOUNT | OPEN AMOUNT |
|---|---|---|---|
| 08/22/2017 | Invoice #3217: Due 09/01/2017. | 36,287.10 | 36,287.10 |
| 09/21/2017 | Invoice #3261: Due 10/01/2017. | 1,630.13 | 1,630.13 |
| 11/10/2017 | Invoice #3292: Due 11/20/2017. | 2,292.53 | 2,292.53 |
| 11/30/2017 | Invoice #3341: Due 12/10/2017. | 3,855.38 | 3,855.38 |

Exhibit "A"000007

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 44,065.14 | **$44,065.14** |

E-Filed

We appreciate your Business. Please contact us at svgadmin@strategicvaluegroup.com with questions.

2020-09369

**Greg Endicott**

**Section 15**

| | |
|---|---|
| Sent: | |
| | Greg Endicott |
| | Thursday, December 21, 2017 2:11 PM |
| To: | Pelleteri, Erin; Brandy Sheely |
| Subject: | Outstanding Invoices |
| | |
| Importance: | High |

Erin and Brandy,

I hope you are both well.

I just came out of a year-end administrative meeting and became aware that none of our invoices for the work we have performed have been paid:

| Invoice # | Due Date | Amount |
|---|---|---|
| 3186 | 8-8-17 | $6,354.90 |
| 3217 | 8-22-17 | $36,287.10 |
| 3261 | 10-1-17 | $1,630.13 |
| 3292 | 11-20-17 | $2,292.53 |
| 3341 | 12-10-17 | $3,855.38 |
| | Total | $50,420.04 |
| | | |

We really need to get these invoices paid asap – would it possible to have the funds wired? I can send wire instructions as needed.

Please let me know.

Best regards,

Greg

Greg Endicott
Managing Director
t:  310-556-8888 x 101
f:  310-556-2888
m: 206-427-5282
e:  gendicott@strategicvaluegroup.com          Exhibit "B" 000001

2020-09369

FILED
2020 NOV 04  P 08:15
CIVIL
DISTRICT COURT



**SVG**
S**O**TRATE**GIC** VALUE GROUP

6080 Center Drive
Suite 600
Los Angeles, CA 90045

501 Union Street
Two Union Square, 42nd Floor
Seattle, WA 98101

325 N. St. Paul Street
Suite 3100
Dallas, TX 75201

*This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.*

Exhibit "B" 000002

E-Filed

2

2020-09369

**Greg Endicott**

Section 15

| | |
|---|---|
| **From:** | Greg Endicott |
| **Sent:** | Tuesday, February 27, 2018 1:34 PM |
| **To:** | Pelleteri, Erin; Brandy Sheely |
| **Subject:** | RE: Outstanding Invoices |

Erin and Brandy,

We have reached out multiple times over the past months regarding these long overdue invoices and have not received any payment (or even responses for that matter). As of today, we have not been paid for any of the work we performed starting last Summer.

We need to get these invoices paid immediately or we will consider resigning from this engagement and take appropriate steps to get paid. Also, in the event we continue with this engagement we will require an upfront retainer prior to performing any additional work.

I look forward to hearing from you.

Greg

**Greg Endicott**
**Managing Director**
t:  310-556-8888 x 101
f:  310-556-2888
m: 206-427-5282
e:  gendicott@strategicvaluegroup.com

[in]



| **SVG** STRATEGIC VALUE GROUP | 6080 Center Drive Suite 600 Los Angeles, CA 90045 | 801 Union Street Two Union Square, 42nd Floor Seattle, WA 98101 | 325 N. St. Paul Street Suite 3100 Dallas, TX 75201 |
|---|---|---|---|

*This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.*

**From:** Greg Endicott
**Sent:** Thursday, December 21, 2017 2:11 PM
**To:** 'Pelleteri, Erin' <epelleteri@bakerdonelson.com>; Brandy Sheely <bsheely@primahealth.io>
**Subject:** Outstanding Invoices
**Importance:** High

Erin and Brandy,

Exhibit "B" 000003

I hope you are both well.

E-Filed

1

2020-09369

# FILED

2020 NOV 04 P 08:15
CIVIL

DISTRICT COURT

I just came out of a year-end administrative meeting and became aware that none of our invoices for the work we have performed have been paid:

## Section 15

| Invoice # | Due Date | Amount |
|-----------|----------|--------|
| 3186 | 8-8-17 | $6,354.90 |
| 3217 | 8-22-17 | $36,287.10 |
| 3261 | 10-1-17 | $1,630.13 |
| 3292 | 11-20-17 | $2,292.53 |
| 3341 | 12-10-17 | $3,855.38 |
| | Total | $50,420.04 |
| | | |

We really need to get these invoices paid asap – would it possible to have the funds wired? I can send wire instructions as needed.

Please let me know.

Best regards,

Greg

**Greg Endicott**
**Managing Director**
t: 310-556-8888 x 101
f: 310-556-2888
m: 206-427-5282
e: gendicott@strategicvaluegroup.com



 **SVG** STRATEGIC VALUE GROUP    6080 Center Drive Suite 600 Los Angeles, CA 90045    601 Union Street Two Union Square, 42nd Floor Seattle, WA 98101    325 N. St. Paul Street Suite 3100 Dallas, TX 75201

This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.

Exhibit "B" 000004

E-Filed

2

Greg Endicott

Section 15

**DISTRICT COURT**

**Sent:**

**To:**
**Subject:**

Brandy Sheely <bsheely@primahealth.io>
Friday, March 9, 2018 10:30 AM
Greg Endicott; Erin Pelleteri
Re: Outstanding Invoices

Greg,

I saw you called. I'm sorry I missed you; I was on the other line. I have confirmed that $6,345.90 is scheduled to be paid on Monday. We have had some issues with cash flow, but we will try to get you caught up as soon as we can. Thanks for your understanding.

-

Brandy Sheely | General Counsel & Chief Compliance Officer | Prima Health | 504-609-3462 Direct Dial | 504-407-0450 Fax | 2239 Poydras St., Suite 105, New Orleans, LA 70119

---

**From:** Greg Endicott <gendicott@strategicvaluegroup.com>
**Date:** Tuesday, February 27, 2018 at 3:33 PM
**To:** Erin Pelleteri <epelleteri@bakerdonelson.com>, Brandy Sheely <bsheely@primahealth.io>
**Subject:** RE: Outstanding Invoices

Erin and Brandy,

We have reached out multiple times over the past months regarding these long overdue invoices and have not received any payment (or even responses for that matter). As of today, we have not been paid for any of the work we performed starting last Summer.

We need to get these invoices paid immediately or we will consider resigning from this engagement and take appropriate steps to get paid. Also, in the event we continue with this engagement we will require an upfront retainer prior to performing any additional work.

I look forward to hearing from you.

Greg

**Greg Endicott**
**Managing Director**

t:  310-556-8888 x 101

f:  310-556-2888
m: 206-427-5282

Exhibit "B" 000005

E-Filed

1





| | 6080 Center Drive | | 601 Union Street | | 325 N. St. Paul Street |
|---|---|---|---|---|---|
| **SVG**<br>STRATEGIC VALUE GROUP | Suite 800<br>Los Angeles, CA 90045 | ◯ | Two Union Square, 42nd Floor<br>Seattle, WA 98101 | ◯ | Suite 3100<br>Dallas, TX 75201 |

*This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.*

**From:** Greg Endicott
**Sent:** Thursday, December 21, 2017 2:11 PM
**To:** 'Pelleteri, Erin' <epelleteri@bakerdonelson.com>; Brandy Sheely <bsheely@primahealth.io>
**Subject:** Outstanding Invoices
**Importance:** High

Erin and Brandy,

I hope you are both well.

I just came out of a year-end administrative meeting and became aware that none of our invoices for the work we have performed have been paid:

| Invoice # | Due Date | Amount |
|---|---|---|
| 3186 | 8-8-17 | $6,354.90 |
| 3217 | 8-22-17 | $36,287.10 |
| 3261 | 10-1-17 | $1,630.13 |
| 3292 | 11-20-17 | $2,292.53 |
| 3341 | 12-10-17 | $3,855.38 |
| | Total | $50,420.04 |
| | | |

We really need to get these invoices paid asap ~~Exhibit "B"000006~~ the funds wired? I can send wire instructions as needed.

Please let me know.

E-Filed

2

Best regards,

## Section 15

**FILED**
2020 NOV 04  P 08:15
CIVIL
DISTRICT COURT

**Greg Endicott**
**Managing Director**

t:  310-556-8888 x 101

f:  310-556-2888
m: 206-427-5282

e: gendicott@strategicvaluegroup.co



**SVG**
**STRATEGIC VALUE GROUP**

6080 Center Drive
Suite 600
Los Angeles, CA 90045

601 Union Street
Two Union Square, 42nd Floor
Seattle, WA 98101

325 N. St. Paul Street
Suite 3100
Dallas, TX 75201

*This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.*

Exhibit "B" 000007

E-Filed

3

# FW: Highline Arbitration

2020-09369
Section 15

Mon 8/13/2018 6:20 PM

To: Mike Weinstein <mweinstein@strategicvaluegroup.com>;

FILED
2020 NOV 04  P 08:15
CIVIL
DISTRICT COURT

FW: Highline Arbitration - Mike Weinstein



**From:** Brandy Sheely <bsheely@brimahealth.bp>
**Sent:** Monday, April 09, 2018 8:15 AM
**To:** Daniel Gunning <dgunning@earthlink.net>
**Cc:** Erin Pelletier <epelletier@bakerdonelson.com>
**Subject:** Re: Highline Arbitration

Daniel,

E-Filed

https://outlook.office.com/owa/?itemID=AAMkADBNTBkYWRLTNkOGYtNGQxM2I5ODY5LTQ1NjYzNTE3MGNiMACBGAAAAAABXkkFCaTfOtNVtbiCKXUHt08wCKXXNg%2bgdhe5JP.i%2bv2GXJ3urA...  1/2

FW: Highline Arbitration - Mike Weinstein

FILED
2020 NOV 04 04:04:15
CIVIL
DISTRICT COURT

Prima is currently facing a significant cash flow issue and, as of Friday morning, terminated most of its staff. We likely need at least 30 days to attempt to stabilize in such a way that we can ascertain what type of payment plan we can realistically offer to SVG. While this is not ideal for us or for SVG, unfortunately it is where we are at that time. I will calendar to follow up with you in 2 weeks to see where we are at that time.

Brandy Sheely | General Counsel & Chief Compliance Officer | Prima Health | 504-609-3462 Direct Dial | 504-407-0450 Fax | 2239 Poydras St., Suite 105, New Orleans, LA 70119

From: Daniel Gunning <dgunning@earthlink.net>
Date: Thursday, April 5, 2018 at 12:06 PM
To: Brandy Sheely <bsheely@primahealth.us>
Cc: Erin Pelleteri <epelleteri@bakerdonelson.com>
Subject: Highline Arbitration

Ms. Sheely: I am outside litigation counsel for Strategic Value Group, LLC ("SVG"). I contacted Erin Pelleteri to obtain information on the status of payment to my client on its outstanding invoices. I'm told she reached out to Prima Health but received no response. It is for this reason that I'm contacting you directly.

While Prima Health made a small payment recently, there was no indication of when the balance would be paid. The current status regarding payment is unacceptable.

Be advised that payment in full must be made immediately. Until such time as payment is received, all work by SVG on behalf of Prima Health in connection with the above matter shall cease. Specifically, and without limitation, SVG will not provide testimony or other assistance in connection with the upcoming arbitration hearing until it has been paid in full and a new retainer is provided.

Finally, SVG reserves the right to withdraw from the matter any time if the above conditions are not satisfied.

Daniel Gunning, Esq.
28470 Avenue Stanford
Suite 360
Santa Clarita, CA 91355

(661) 287-4120
www.gunninglawfirm.com
Skype: daniel.gunning1

The information contained in the electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Daniel Gunning, Esq. at (661) 287-4120 and purge the communication immediately without making any copy or distribution.

Exhibit "B" 000009

E-Filed

https://outlook.office.com/owa/?itemID=AAMkADBINTBkYWRLTNkOQYNNQoMS0SODY5LTQ1NjY2NTE6MGNMlCBGAAAAAABXKsFCeTlQiNVdbCKXUH0BwdCKXNg%2Bgdhe5JPJ%2bw2GXJbuAA... 22

**From:** Mike Weinstein <mweinstein@strategicvaluegroup.com>
**Sent:** Thursday, January 3, 2019 10:34 PM
**To:** Mike Jolly <mjolly@primahealth.io>; Rush Agent <&agent@primahealth.io>
**Cc:** Greg Endicott <gendicott@strategicvaluegroup.com>
**Subject:** Re: Open Invoices

Hello again, Mike,

Hope the new year finds you well. I realize I sent my last email to you just before the rush of the holidays, so I wanted to reach out again, now that we're into January.

Please confirm that you received my below email of 12/14/18, and let me know if we might be able to work something out to arrange payment, and what the current situation is related to Prima and its long-outstanding debt to our company.

Thank you,

Mike Weinstein

E-Filed

Exhibit "B" 000010

https://outlook.office.com/owa/?ItemID=AAMkADBiNTBkYWRLTNkOGY4NGQoMGSGODY5LTQ1NY2nTEt4CN6M8CBGGAAAAAABXIAsFCoTIQINV6bCKXUH09wwCKXNg%2bgdheSLR1%2bv2GX3buAA...  1/5

2020-09369

Re: Open Invoices - Mike Weinstein

**From:** Mike Weinstein
**Sent:** Friday, December 14, 2018 6:50:57 PM
**To:** Mike Jolly; Rush Agent
**Cc:** Greg Endicott
**Subject:** Re: Open Invoices

## Section 15

Hi Mike,

First of all, thank you for responding to my email in October regarding Prima's outstanding balance with SVG. We respect the fact that you reached out, and would like to try and work with you work towards a resolution.

You had mentioned that Prima had some pending settlements due - have any of those resolved that would allow you to at least make a good faith payment towards your total balance? It's significant, at just over $44,000. We would be willing to set up a payment plan with you, if need be.

Thank you for getting back to me on this.

Best Regards,

Mike Weinstein

Mike Weinstein / *Interim Manager of Operations*
direct: 206-452-5565; office: 310-556-8888, extension 106; fax: 206-556-2888
mweinstein@strategicvaluegroup.com



**SVG**
STRATEGIC VALUE GROUP

◯ 6080 Center Drive
   Suite 600
   Los Angeles, CA 90045

◯ 1001 4th Avenue
   Suite 3200
   Seattle, WA 98154

◯ 325 N. St. Paul Street
   Suite 3100
   Dallas, TX 75201

*This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.*

Exhibit "B" 000011

**From:** Mike Jolly <mjolly@primahealth.io>
**Sent:** Thursday, October 11, 2018 12:28:12 PM
**To:** Mike Weinstein; Rush Agent
**Cc:** Greg Endicott
**Subject:** RE: Open Invoices

Hello Mike,

E-Filed

https://outlook.office.com/owa/?itemID=AAMkADBNTBkYWRLTNkOGYWNGOAMS05CDY5LTOINJY2NTExME9NMGKBGAAAAAABXKkFCOTIOJNV6hCKXXUHi8wCKXN6j%2bzgdheSLP.fik2bv0GX.tbUAA... 2/5

Re: Open Invoices - Mike Weinstein

Unfortunately Prima Health has suspended all Lab Operations as of August 31. Prima has no revenue coming in at this time however we have some pending settlement payments due from other sources. We would not be able to pay any invoices until we receive some of these payments.

## Section 15

Thanks
Mike Jolly



PRIMAHEALTH

---

**From:** Mike Weinstein [mailto:mweinstein@strategicvaluegroup.com]
**Sent:** Wednesday, October 10, 2018 4:45 PM
**To:** Rush Agent <Bagent@primahealth.io>
**Cc:** Mike Jolly <mjolly@primahealth.io>; Brandy Sheely <bsheely@primahealth.io>; Greg Endicott <gendicott@strategicvaluegroup.com>
**Subject:** Re: Open Invoices

Hello Rush,

My name is Mike Weinstein, the new Operations Manager for Strategic Value Group. As I've been familiarizing myself with our outstanding accounts receivables, I've spoken with Greg Endicott regarding your account, which, as you are aware, has had an outstanding balance for quite some time now.

Your last email to Greg, on 3/27/18, indicated that your company was unable to make a payment at that time, but you were expecting your receivables to pick up soon, and you would then submit payment. However, we have not received any payments, nor have we had any subsequent communications from your company since that time.

I would welcome the opportunity to speak with you and work towards an agreement for our company to be paid for services we provided to yours. Thank you for contacting me at your earliest convenience.

Best Regards,

Exhibit "B" 000012

Mike Weinstein / Interim Manager of Operations
direct: 206-452-5565; office: 310-555-8888, extension 106; fax: 206-555-2888
mweinstein@strategicvaluegroup.com

**E-Filed**

Re: Open Invoices - Mike Weinstein

**svg**
STRATEGIC VALUE GROUP

6060 Center Drive
Suite 600
Los Angeles, CA 90045

1001 4th Avenue
Suite 3200
Seattle, WA 98154

325 N. St. Paul Street
Suite 3100
Dallas, TX 75201

*This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.*

**From:** Greg Endicott
**Sent:** Wednesday, September 5, 2018 3:19:17 PM
**To:** Mike Weinstein
**Subject:** FW: Open Invoices

---

**From:** Rush Agent <Ragent@primahealth.io>
**Sent:** Tuesday, March 27, 2018 5:38 AM
**To:** Greg Endicott <gendicott@strategicvaluegroup.com>
**Cc:** Mike Jolly <mjolly@primahealth.io>; Brandy Sheely <bsheely@primahealth.io>
**Subject:** Open Invoices

Greg,

I apologize for not reaching out sooner. We have received the invoices for services performed by Strategic Value Group, but we are unable to make a payment at this time. We are expecting our accounts receivable payments to pick up soon and we will pay as much as we can as these payments come in. Please note that we are committed to paying all of our liabilities in full, and we appreciate your patience as we work through this.

Thanks,

Rush

Exhibit "B" 000013



PRIMAHEALTH

Rush Agent | Corporate Controller
Primahealth

https://outlook.office.com/owa/?item=D+AAMkADBNTBkYWRlLTNkOGYlNGQ0 otMS0 5G0Y9LTO1NjY2NTE2MGNiAMCBGAAAAAABXiAaFCaTl0INVdbCKXJUH0BwcKXXNq%2bjqhwSJPA2bvj0GXJbuAA... 4/5

Re: Open Invoices - Mike Weinstein

2020-09369
2238 Poydras Street
New Orleans, LA 70119
601-868-____ Cell
tagent@cumahealth.to Email

Section 15

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part §64). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by calling (800) 532-8016, and then delete this message.

Exhibit "B" 000014

# J BAKER DONELSON
## Section BEARMAN, CALDWELL & BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA
70170
PHONE: 504.566.5200
FAX: 504.636.4000
www.bakerdonelson.com

FILED
2020 NOV 04  P 08:15
CIVIL
DISTRICT COURT

ERIN E. PELLETERI
Direct Dial: (504) 566-5287
E-Mail Address: epelleteri@bakerdonelson.com

May 22, 2017

**VIA EMAIL**

Greg Endicott
Strategic Value Group, LLC
601 Union Street
Two Union Square, 42nd Floor
Seattle, WA 98101
gendicott@strategicvaluegroup.com

Re: *Highline Health, LLC v. UTC Laboratories, LLC*
American Arbitration Association, No.: 01-16-0003-3824

Dear Greg:

This letter confirms that you have been retained by UTC Laboratories, LLC ("UTC") in matters pertaining to the above incident per the attached Fee Schedule. The scope of your work will be determined by me, and you will be working under my direction.

I further confirm that written reports, memoranda or status summaries prepared in connection with this engagement will be maintained in accordance with your normal retention procedures and shall be prominently labeled "PRIVILEGED AND CONFIDENTIAL; ATTORNEY WORK-PRODUCT." Any reports or work papers prepared in this case will be construed as attorney work-product and will be used only for this case and no other use. Disclosure or dissemination of such documents will not be made except as may be required by law, regulation, or judicial or administrative process. You also agree not to disclose to anyone, without my permission, the content of any oral or written confidential communications received during the course of this engagement nor any information gained from the inspection of any records or documents provided by me that are identified as confidential.

I ask that invoices be issued to UTC and sent to me at Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. on a monthly basis. Upon receipt and verification of the charges, I will forward your statements to UTC for direct payment. UTC will be responsible for the fees and reasonable costs incurred by you. Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. does not assume any obligation for payment of these fees and expenses.

Exhibit "C" 000001

4848-0444-9854 v1
2929250-000020 05/19/2017
ALABAMA * FLORIDA * GEORGIA * LOUISIANA * MARYLAND * MISSISSIPPI * SOUTH CAROLINA * TENNESSEE * TEXAS * VIRGINIA * WASHINGTON, D.C.

E-Filed



# FILED

2020 NOV 04  P 08:15

CIVIL

DISTRICT COURT

Section 15. Again note my appreciation that you have decided to work with me in this matter. If you agree to the foregoing terms and conditions, please indicate so by signing and dating below. I thereafter would appreciate your returning an executed copy to me via e-mail or fax transmission.

Please feel free to contact me if you have any questions or comments.

With kindest regards, I remain

Very truly yours,

Erin E. Pelleteri

EEP/mcc

Attachment

**APPROVED AND ACCEPTED:**

By: _____

GREG ENDICOTT

Date: _____

Exhibit "C" 000002

4848-0444-9864 v1
2929250-000020 05/19/2017

E-Filed

2020-09369

**J**

Section 15     <u>FEE SCHEDULE: STRATEGIC VALUE GROUP, LLC</u>

**FILED**
2020 NOV 04  P 08:15
CIVIL
DISTRICT COURT

The following fee schedule will be applied from May 4, 2017.

| Professional Fees | |
|---|---|
| Greg Endicott | $500 per hour |
| Donnessa Vessakosol | $325 per hour |
| Danene Spaeth | $300 per hour |

In addition to the professional fees above, Strategic Value Group, LLC ("SVG") will be reimbursed for any reasonable direct out-of-pocket costs (including, but not limited to, items such as travel, meals and lodging allowance, mileage, parking and extraordinary handling of mail), travel time billed at $150 per hour, and a resource fee charge of 3.5% of net billings.

Exhibit "C" 000003

4848-0444-9864 v1
2929250-000020 05/19/2017

E-Filed

**FILED**
Wednesday, June 28, 2017 at 12:50:01 PM Central Daylight Time
2020 NOV 04  P 08:15
CIVIL
DISTRICT COURT

Section 15

**Subject:** Fwd: Additional EL language

**Date:** Monday, June 26, 2017 at 12:21:14 PM Central Daylight Time

**From:** Pelleteri, Erin

**To:** Brandy Sheely

Can you review and sign?

Just an addendum to the prior engagement letter.

> **Erin E. Pelleteri**
> Shareholder
> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
> 201 St. Charles Ave, Suite 3600
> New Orleans, LA 70170-3600
> Main: 504.566.5200
> Direct: 504.566.5287
> Cell: 504.723.7668
> Fax: 504.636.3987
> Email: epelleteri@bakerdonelson.com
> www.bakerdonelson.com

Begin forwarded message:

> **From:** Greg Endicott <gendicott@strategicvaluegroup.com>
> **Date:** June 26, 2017 at 11:51:56 AM CDT
> **To:** "Pelleteri, Erin" <epelleteri@bakerdonelson.com>
> **Subject:** Additional EL language

### UTC Laboratories, LLC

On behalf of UTC Laboratories, I hereby accept the terms of this Engagement Letter and confirmation that UTC Laboratories, LLC shall be liable for all fees and costs due to Strategic Value Group, LLC hereunder.

By: _____

Title: _GC/CCO_

Dated: _6/28/17_

Greg Endicott
Managing Director
t:  310-556-8888 x 101
f:  310-556-2888
m: 206-427-5282
e:  gendicott@strategicvaluegroup.com

Exhibit "C" 000004

E-Filed

Page 1 of 2

2020-09369

# J
## Section 15

*This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.*

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

Exhibit "C" 000005

2020-09369

**J**

Section 15

ROPER LIGH, LLC
A LIMITED LIABILITY COMPANY

ATTORNEYS AND COUNSELORS AT LAW
10839 PERKINS ROAD
BATON ROUGE, LA 70810
TELEPHONE (225) 338-9238

*Partners*
Mary E. Roper
Randy B. Ligh

*Writer's contact information*
mary@roperligh.com

July 31, 2020

**Via Certified Mail – Article No. 7019 2970 0002 2863 0226, Return Receipt Requested**

Mr. Clayton White
Manager, UTC Laboratories, LLC
935 Gravier Street, Suite 2020
New Orleans, Louisiana 70112

RE: *Strategic Value Group, LLC - Delinquent Account ($44,065.14)*

Dear Mr. White,

Our firm has been retained by Strategic Value Group, LLC to pursue payment on an outstanding debt
owed by UTC Laboratories, LLC.

In May of 2017, Strategic Value Group, LLC was retained as an expert witness by UTC Laboratories,
LLC in the matter entitled *Highline Health, LLC v. UTC Laboratories, LLC, American Arbitration
Association No.: 01-16-0003-3824*. The terms of this agreement are set forth in the attached engagement
letter dated May 22, 2017, which was facilitated by UTC Laboratories' attorney, Erin Pelleteri, of Baker
Donelson, Bearman, Caldwell, & Berkowitz, PC in New Orleans. An addendum, dated June 28, 2017,
was signed by Brandy Sheely, General Counsel for UTC Laboratories, LLC wherein it was specifically
acknowledged that all fees and costs due to Strategic Value Group, LLC under the terms of the
engagement were solely the responsibility of UTC Laboratories, LLC. A copy of the addendum is
attached.

As of December 10, 2017, Strategic Value Group, LLC had performed significant services for UTC
Laboratories, LLC and had invoiced UTC Laboratories, LLC for a total of $50,420.04 (invoices 3186,
3217, 326, 3292, and 3341), none of which had been paid. Copies of all referenced invoices are
attached.

E-Filed

Exhibit "D" 000001

**FILED**
2020 NOV 04  P 08:15
CIVIL
DISTRICT COURT

Strategic Value Group, LLC made the outstanding invoices known to Ms. Pelleteri and on December 21, 2017 and impressed upon them that the invoices needed to be paid as soon as possible. On February 27, 2018, the issue was raised again, indicating that no payments had been forthcoming, nor had any response been received. On March 9, 2018, Ms. Sheely indicated that there had been some cash flow problems, but that a payment in the amount of $6,345.90 had been scheduled to be sent. Another communication from Ms. Sheely was sent on April 9, 2018, indicating that there continued to be cash flow problems. Further communications between the parties ensued, with specific acknowledgement of the debt and promises to pay once funds were available. Copies of email communications from each of these dates is attached.

As of this date, UTC Laboratories, LLC continues to have an outstanding balance of $44,065.14, having satisfied only $6,345.10 toward the $50,420.04 in accumulated invoices. My client previously made numerous offers to work out payment plans, none of which were availed by UTC Laboratories, LLC. Strategic Value Group, LLC has been extraordinarily patient and understanding. However, this unpaid debt has been open for too long without resolution. We are contacting you to determine if you, as the currently listed manager, are aware of the debt and whether you intend to pay it.

If you dispute that the debt is owed, please let us know within the thirty days from your receipt of this communcation, as further actions may be taken if we do not hear from you. We have provided you with documentation to verify the validity of the debt. However, if you need more information, please let us know.

We look forward to hearing from you.

Best regards,

Mary E. Roper

MER/res
Attachments
cc: client

**This is an attempt to collect a debt and any information obtained from you in response to this communication may be used in any legal proceeding which is brought to enforce the obligation to pay the debt.**

E-Filed

Exhibit "D" 000002



**From:** mary@roperligh.com
**To:** clwhite@saw.law
**Subject:** randy@roperligh.com
Strategic Value Group - Demand Letter to UTC Laboratories
**Date:** Wednesday, September 23, 2020 2:42:21 PM
**Attachments:** Strategic Value Group - Demand Letter to UTC Laboratories, LLC.pdf
**Importance:** High

Mr. White,

As a courtesy, I am following up with you in regard to the attached demand letter that was sent to you over thirty days ago. I am unable to send the attachments via email, as they exceed the size limit allowed. If you are not in possession of the documents which were previously provided in connection with the demand letter, I will be happy to put them in a folder with a shared link for your access.

We have received notification that the letter was delivered to your office at 935 Gravier Street, Suite 2020, New Orleans, Louisiana 70112 on August 4, 2020 and was signed for by Mary Hill. However, we have yet to receive a response from you. I am reaching out to make sure that the letter was provided to you from Ms. Hill and to give you an opportunity to address the contents of the letter before we proceed with litigation.

Please contact me as soon as possible to discuss this matter. If I do not hear from you by close of business on Friday, September 25th, I will advise my client to proceed with litigation.

Best regards,

Mary E. Roper
*Partner*
ROPER LIGH, LLC
10839 Perkins Road
Baton Rouge, LA 70810
Tel (225) 338-9238

E-Filed

Exhibit "D" 000003



| Home | Case Search | | Attorney Search | E-File | Logout |

| ←-- Cases | | Case Info | Litigants | | E-File New Pleading |

Pleading Category: All ⌄    Results Per Page: 30 ⌄

| | | | | |
|---|---|---|---|---|
| ⓘ | 📋 | 03/31/2021 | 03/31/2021 | Answer |
| ⓘ | 📋 | 03/31/2021 | 03/31/2021 | Request for Notice REQUEST FOR WRITTEN NOTICE |
| ⓘ | 📋 | 02/25/2021 | 02/26/2021 | Motion for Preliminary Default MOTION AND ORDER FOR PRELIMINARY... |
| ⓘ | 📋 | 02/12/2021 | 02/17/2021 | Motion for Preliminary Default MOTION AND ORDER FOR PRELIMINARY... |
| ⓘ | 📋 | 01/23/2021 | 01/25/2021 | Other Pleading Type Information AFFIDAVIT OF LONG ARM SERVICE |
| ⓘ | 🖨 | 01/23/2021 | 01/25/2021 | Exhibits (Paper) "1-2" |
| ⓘ | 📋 | 11/16/2020 | 11/16/2020 | Citation and Service Copies... - PRIMA HEALTH, LLC |
| ⓘ | 📋 | 11/16/2020 | 11/16/2020 | Citation and Service Copies... - UTC LABORATORIES LLC |
| ⓘ | 📋 | 11/04/2020 | 11/08/2020 | Suit on Open Account PETITION ON OPEN ACCOUNT |
| ⓘ | 🖨 | 11/04/2020 | 11/08/2020 | Exhibits (Paper) " A - D " |