

**RETURN**

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

CAROL L. MICHEL  
CLERK

500 POYDRAS ST., ROOM C-151  
NEW ORLEANS, LA 70130

May 19, 2021

Sheila Booth, Clerk  
United States Bankruptcy Court  
Eastern District of Louisiana  
Hale Boggs Federal Building, Room B601  
500 Poydras Street  
New Orleans, Louisiana 70130



Re: Civil Action No. 21-892,H(5)  
     Strategic Value Group, LLC  
     vs.  
     UTC Laboratories, LLC et al

BK - ADV  
#21-1020

Dear Ms. Booth:

On 5/19/2021, the Honorable Jane Triche Milazzo, United States District Judge for this district, entered an order transferring the above captioned case to the United States Bankruptcy Court for the Eastern District of Louisiana.

The official court record for the Eastern District of Louisiana is the electronic case filing systems, CM/ECF. Please be advised you may access this databases to obtain original pleadings. Our web site is: http://ecf.laed.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please call our CM/ECF Help Desk at 504-589-7788.

Pursuant to said order, we are forwarding herewith a certified copy of the docket sheet.

                              Very truly yours,

                              CAROL L. MICHEL, CLERK

                              By: _____  
                                    Deputy Clerk

Enclosures